Case 08-21075  Doc 9  Filed 08/13/08  Entered 08/14/08 11:42:31  Desc Main
Document  Page 1 of 1

Aug. 12. 2008 11:30AM                                                    No. 4055  P. 4

08-21075:6.0:Application to Proceed In Forma Pauperis:Main Document Entered: 8/12/2008 12:28:43 PM by:Carl Flaningam Page 4 of 4

B3B (Official Form 3B) (12/07)— Cont.

## United States Bankruptcy Court
### Northern District of Illinois

In re __Helga Noud_____
                                  Debtor(s)

Case No. __08 B 21075__
Chapter __7__

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$74.75 on or before _August 29, 2008_
$74.75 on or before _September 29, 2008_
$74.75 on or before _October 29, 2008_
$74.75 on or before _December 1, 2008_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on ___ at ___ .m. at ___. (address of courthouse).

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __8/13/08__                                    _Carl A. Doyle_
                                                     United States Bankruptcy Judge